**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7944

RAPHAEL S. TRICE,

Petitioner - Appellant,

versus

EDWARD F. REILLY, JR., Chairman; UNITED STATES
PAROLE COMMISSION,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (3:06-cv-00078-REP)

Submitted:  June 27, 2007          Decided:  July 19, 2007

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raphael S. Trice, Appellant Pro Se.  Robert P. McIntosh, OFFICE OF
THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael S. Trice, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Trice v. Reilly</u>, No. 3:06-cv-00078-REP (E.D. Va. Nov. 13, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>